JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MAKARON, AND BIANCA CARTER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>          PLAINTIFFS,<br><br>   V.<br><br>UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,; SECURITY ONE ALARM SYSTEMS; AND DOES 1-10, INCLUSIVE,<br><br>        Defendants. | Case No. CV 14-1274-GW(AGRx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT UTCFSA**<br><br>**Hearing Date:**   **May 18, 2015**<br><br>**Hearing Time:**  **8:30 a.m.**<br><br>**Judge:**       **Hon. George H. Wu**<br><br>**Place:**       **Courtroom 10** |

1    This action came on for hearing before the Court, on May 18, 2015, the

2  Honorable George H. Wu, District Judge Presiding, on the Motion for Summary

3  Judgment filed by UTC Fire & Security Americas Corporation, Inc. ("UTCFSA").

4  The evidence presented having been fully considered, the issues having been duly

5  heard, and a decision on the motion having been rendered,

6    IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing in their

7  claims against UTCFSA, that the claims against UTCFSA be dismissed on the

8  merits with prejudice, and that Plaintiffs and UTCFSA, by agreement, bear their

9  own fees and costs.

10    IT IS SO ORDERED.

11  DATED:  May 19, 2015

12

13    Honorable George H. Wu
     United States District Judge

14

15
   21675734
16

17

18

19

20

21

22

23

24

25

26

27

28